**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRRELL BURRISS,<br><br>        Petitioner,<br><br>   v.<br><br>W.J. SULLIVAN, Warden,<br><br>        Respondent. | NO. CV 19-4714-SVW(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 18, 2019.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE